AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Renzo Barberi

*Plaintiff(s)*

v.

RALUNA SOLAR ENERGY SOLUTIONS INC., a Florida Profit Corporation d/b/a CUTLER BAY SOLAR SOLUTIONS and SOLAR SOLUTIONS OF FLORIDA HOLDINGS INC., a Florida Profit Corporation

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SOLAR SOLUTIONS OF FLORIDA HOLDINGS INC.
REGISTERED AGENT:
VERGARA, DENISE M.
8301 SW 184TH LANE
CUTLER BAY, FL 33157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald E. Stern, Esq.
The Advocacy Law Firm, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Attorney for Plaintiff, Renzo Barberi

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*