UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24099-ALTMAN/Lett

**RENZO BARBERI**,

    *Plaintiff*,

v.

**RALUNA SOLAR ENERGY SOLUTIONS INC.** *et al.*,
*d/b/a*
**CUTLER BAY SOLAR SOLUTIONS,**

    *Defendants*.
_____/

## **FINAL JUDGMENT**

Having reviewed the Joint Notice of Consent to Judgment as to Relief Requested, the Court hereby **ORDERS and ADJUDGES** as follows:

1. Final Judgment is entered in favor of the Plaintiff, Renzo Barberi, and against the Defendants, Raluna Solar Energy Solutions Inc. *d/b/a* Cutler Bay Solar Solutions and Solar Solutions of Florida Holdings, Inc.

2. This Court orders the Defendants to remedy the architectural barriers/violations of the Americans with Disabilities Act in accordance with the Plaintiff's Inspection Report [ECF No. 46-3] within nine (9) months of this Judgment.

3. The Plaintiff is entitled to an award of reasonable attorney's fees, including litigation expenses, expert fees, and costs, pursuant to 42 U.S.C. §§ 12205 & 12217. If the parties cannot come to an agreement as to the amount of such fees within thirty (30) days of this Order, they may ask the Court to resolve this issue.

4. The Court shall retain jurisdiction for the purpose of enforcing this Final Judgment.

5. The Clerk of Court shall **CLOSE** this case. Any pending deadlines are **TERMINATED**.

All other motions are **DENIED as MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 9, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record